# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE JOHNSON, | Case No: :15-CV-00064-RAO |
| Plaintiff | [~~PROPOSED~~] JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: August 17, 2015

*/s/ Rozella A. Oliver*

THE HONORABLE ROZELLA A. OLIVER
United States Magistrate Judge

-1-